UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WORMSER CORPORATION                    :

                Plaintiff,             :       <u>ORDER</u>

    -v.-                                    :
                                                           25 Civ. 377 (GWG)
HK KOLMAR USA, LLC,                    :

                Defendant.            :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It is the Court's practice to hold an initial conference under Fed. R. Civ. P. 16 after the defendant has appeared in the case by filing an answer or seeking permission to file a motion to dismiss. If any party seeks to have the conference sooner, it may so request by filing a letter application on the ECF system. As a result, the pretrial conference scheduled for March 14, 2025, at 11:30 a.m. before Judge Cote is hereby cancelled.

      SO ORDERED.

Dated:  February 5, 2025
        New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge